## Notice of Appearance Attached List of Actions

| Represented Party | Case Name | Case Number | District |
|---|---|---|---|
| Plaintiff Cherish Daversa-Evdyriadis | *Daversa-Evdyriadis v. Norwegian Air Shuttle ASA* | 5:20-cv-00767-JGB-SP | Central District of California |
| Plaintiff Nataly Alvarez | *Alvarez v. Hawaiian Airlines, Inc.* | 1:20-cv-00175-RT | District of Hawaii |
| Plaintiff Melissa Young | *Young v. Frontier Airlines Inc.* | 1:20-cv-01153-PAB-KLM | District of Colorado |
| Plaintiff Rebecca Bratcher | *Bratcher v. Allegiant Travel Company* | 2:20-cv-00767-APG-BNW | District of Nevada |
| Plaintiff Lisa Boucher | *Boucher v. Spirit Airlines, Inc.* | 0:20-cv-60829-RKA | Southern District of Florida |
| Plaintiff Svetlana Sholopa | *Sholopa v. Turkisha Airlines, Inc. a/k/a Turk Hava Yollari* | 1:20-cv-03294-ALC | Southern District of New York |
| Plaintiff Karla Maree | *Maree v. Deutsche Lufthansa AG* | 8:20-cv-00885-MWF-MRW | Central District of California |
| Plaintiff Ashley Bugarin | *Bugarin v. All Nippon Airways Co., Ltd.* | 5:20-cv-03341-BLF | Northern District of California |
| Plaintiff Carlos A. Jauregui | *Jauregui v. China Eastern Airlines* | 2:20-cv-04552 | Central District of California |