**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: COVID-19 AIRFARE REFUND LITIGATION** | **MDL No. 2957** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 30, 2020, I caused to be served a true and correct copy of the foregoing Notice of Appearance of Yeremey O. Krivoshey upon the counsel listed on the attached Service list *via* CM/ECF and U.S. Mail, where indicated.

DATED:   June 30, 2020

Respectfully submitted,

*/s/ Yeremey O. Krivoshey*
Yeremey O. Krivoshey
**BURSOR & FISHER, P.A.**
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail:  ykrivoshey@bursor.com

*Counsel for Plaintiffs Cherish Daversa-Evdyriadis, Nataly Alvarez, Melissa Young, Rebecca Bratcher, Lisa Boucher, Svetlana Sholopa, Karla Maree, Ashley Bugarin, & Carlos A. Jauregui*

*IN RE: COVID-19 AIRLINE REFUND LITIGATION*, MDL NO. 2957

**SERVICE LIST**

| *Anthony Castanares et al v. Deutsch Lufthansa AG, No. 2:20-cv-04261 (C.D. Cal.)* | |
|---|---|
| Jason M Frank<br>Scott Howard Sims<br>Andrew D Stolper<br>Frank Sims and Stolper LLP<br>19800 MacArthur Boulevard Suite 855<br>Irvine, CA 92612<br>949-201-2400<br>949-201-2405 (Fax)<br>jfrank@lawfss.com<br>ssims@lawfss.com<br>astolper@lawfss.com<br><br>Robert B. Owens<br>Linda Gach Ray<br>Owens and Gach Ray<br>269 Southern Beverly Drive, No. 1074<br>Beverly Hills, CA 90212<br>310-533-6611<br>310-533-2179 (fax)<br>rowens@ogrlaw.com<br>lgachray@ogrlaw.com<br><br>*Attorneys for Plaintiffs Kristin Sullivan and Anthony Castanares* | Chelsea N Mutual<br>Christopher M. Young<br>DLA Piper US LLP<br>401 B Street Suite 1700<br>San Diego, CA 92101<br>619-699-2700<br>619-699-2701 (fax)<br>Chelsea.mutual@dlapiper.com<br>Christopher.young@dlapiper.com<br><br>*Counsel for Defendant Deutsche Lufthansa AG* |
| *Carlos A. Jauregui v. China Eastern Airlines Corporation Limited, No. 2:20-cv-04552 (C.D. Cal.)* | |
| L. Timothy Fisher<br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ltfisher@bursor.com<br>ykrivoshey@bursor.com<br><br>*Counsel for Plaintiff Carlos A. Jauregui* | Jeffrey L Richardson<br>Valentina A. Shalamitski<br>Mitchell Silberberg and Knupp LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>310-312-2000<br>310-312-3100 (fax)<br>jlr@msk.com<br>vas@msk.com<br><br>*Counsel for Defendant China Eastern Airlines Corporation Limited* |

| *Cherish Daversa-Evdyriadis v. Norweigian Air Shuttle ASA, No. 5:20-cv-00767 (C.D. Cal.)* | |
|---|---|
| L. Timothy Fisher<br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ltfisher@bursor.com<br>ykrivoshey@bursor.com<br><br>*Counsel for Plaintiff Cherish Daversa-Evdyriadis* | Rebecca Anne Friedemann<br>John M Grenfell<br>Jacob R. Sorenson<br>Pillsbury Winthrop Shaw Pittman LLP<br>4 Embarcadero Center 22nd Floor<br>San Francisco, CA 94111<br>415-983-1000<br>415-983-1200 (fax)<br>Rebecca.friedemann@pillsburylaw.com<br>John.Grenfell@pillsburylaw.com<br>Jake.Sorensen@pillsburylaw.com<br><br>*Counsel for Defendant Norwegian Air Shuttle ASA*<br><br>Juan M Chaves Pernett<br>Juan M Chaves Pernett, Esq.<br>15738 Scrimshaw Drive<br>Tampa, FL 33624-1500<br>813-766-8644<br>813-461-8440 (fax)<br>Juan.chavez@holubova.cz<br><br>Paul Anthony de Lorimier<br>McKay de Lorimier and Acain<br>3250 Wilshire Boulevard Suite 603<br>Los Angeles, CA 90010<br>213-386-6900<br>213-381-1762 (fax)<br><br>*Counsel for Defendant Kiwi.com, Inc. (terminated)* |
| *Karla Maree v. Deutsche Lufthansa AG, No. 8:20-cv-0085 (C.D. Cal.)* | |
| L. Timothy Fisher<br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ltfisher@bursor.com<br>ykrivoshey@bursor.com | Chelsea N Mutual<br>Christopher M. Young<br>DLA Piper US LLP<br>401 B Street Suite 1700<br>San Diego, CA 92101<br>619-699-2700<br>619-699-2701 (fax)<br>Chelsea.mutual@dlapiper.com<br>Christopher.young@dlapiper.com |

| Counsel for Plaintiff Karla Maree | Counsel for Defendant Deutsche Lufthansa AG |
|---|---|
| *Herrera et al v. Cathay Pacific Airway Ltd., No. 3:20-cv-03019 (N.D. Cal.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, Michigan 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br>ddubin@ldclassaction.com<br><br>Tina Wolfson<br>Robert Ahdoot<br>Bradley K. King<br>Ahdoot & Wolfson, PC<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>310-474-9111<br>310-474-8585 (fax)<br>Twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br>bking@ahdhootwolfson.com<br><br>*Attorneys for Plaintiffs Winifredo Herrera and Macaria Herrera* | Cathay Pacific Airways, Ltd c/o CONRAD LAU<br>260 Post St. Suite 300<br>San Francisco, CA 94108<br><br>*Served via certified mail* |
| *Bugarin v. All Nippon Airways Co., Ltd., No. 5:20-cv-03341 (N.D. Cal.)* | |
| L. Timothy Fisher<br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard Suite 940<br>Walnut Creek, CA 94596-3701<br>925-300-4455<br>925-407-2700 (fax)<br>ltfisher@bursor.com<br>ykrivoshey@bursor.com<br><br>*Counsel for Plaintiff Ashley Bugarin* | Scott David Cunningham<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, CA 90067<br>310-557-203<br>310-557-1299 (fax)<br>scunningham@condonlaw.com<br><br>*Counsel for Defendant All Nippon Airways Co., Ltd.* |
| *Young v. Frontier Airlines, Inc., No. 1:20-cv-01153 (D. Colo.)* | |
| Scott A. Kamber | Jason D. Melichar |

| | |
|---|---|
| Michael J Aschenbrener<br>KamberLaw, LLC<br>201 Milwaukee Street Suite 200<br>Denver, CO 80206<br>212-920-3072<br>skamber@kamberlaw.com<br>masch@kamberlaw.com<br><br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard Suite 940<br>Walnut Creek, CA 94596-3701<br>925-300-4455<br>925-407-2700 (fax)<br>ykrivoshey@bursor.com<br><br>Andrew J. Obergfell<br>Max Stuart Roberts<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue, Third Floor<br>New York, NY 10019<br>646-837-7150<br>212-989-9163 (fax)<br>aobergfell@bursor.com<br>mroberts@bursor.com<br><br>*Attorneys for Plaintiff Melissa Young* | R. Joseph Isert<br>Wilson Elser Moskowitz Edelman & Dicker,<br>LLP<br>1225 17th Street, Suite 2750<br>Denver, CO 80202<br>(303) 572-5300<br>(303) 572-5301 (fax)<br>jason.melichar@wilsonelser.com<br>joe.isert@wilsonelser.com<br><br>William J. Katt<br>Wilson Elser Moskowitz Edelman & Dicker,<br>LLP<br>740 North Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>414-276-8816<br>414-276-8819 (fax)<br>william.katt@wilsonelser.com<br><br>Patrick Joseph Kearns<br>Wilson Elser Moskowitz Edelman and Dicker<br>LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>patrick.kearns@wilsonelser.com<br><br>David Mitchell Ross, Jr.<br>Wilson Elser Moskowitz Edelman and Dicker<br>LLP<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>(202) 626-7660<br>(202) 628-3606 (fax)<br>david.ross@wilsonelser.com<br><br>*Counsel for Defendant Frontier Airlines, Inc.* |
| *Sweet et al v. Frontier Airlines, No. 1:20-cv-01340 (D. Colo.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015 | Jason D. Melichar<br>R. Joseph Isert<br>Wilson Elser Moskowitz Edelman & Dicker,<br>LLP<br>1225 17th Street, Suite 2750<br>Denver, CO 80202 |

| | |
|---|---|
| 313-392-0025(fax)<br>ncoulson@ldclassaction.com<br>ddubin@ldclassaction.com<br><br>Tina Wolfson<br>Bradley K. King<br>Theodore Maya<br>Ahdoot & Woolfson APC<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>310-474-9111<br>310-474-8585(fax)<br>twolfson@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br><br>*Attorneys for Plaintiffs Jamie Sweet and Stephanie Faust* | (303) 572-5300<br>(303) 572-5301 (fax)<br>jason.melichar@wilsonelser.com<br>joe.isert@wilsonelser.com<br><br>William J. Katt<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>740 North Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>414-276-8816<br>414-276-8819 (fax)<br>william.katt@wilsonelser.com<br><br>Patrick Joseph Kearns<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>patrick.kearns@wilsonelser.com<br><br>David Mitchell Ross, Jr.<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>(202) 626-7660<br>(202) 628-3606 (fax)<br>david.ross@wilsonelser.com<br><br>*Counsel for Defendant Frontier Airlines, Inc.* |
| *Obertman v. Frontier Airlines Inc., No. 1:20-cv-01689 (D. Colo.)* ||
| Annick Marie Persinger<br>Tycko & Zavareei LLP<br>1970 Broadway Suite 1070<br>Oakland, CA 94612<br>510-254-6808<br>202-973-0950 (fax)<br>apersinger@tzlegal.com<br><br>Daniel L. Warshaw<br>Pearson Simon and Warshaw LLP<br>15165 Ventura Boulevard, Suite 400 | Jason D. Melichar<br>R. Joseph Isert<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>1225 17th Street, Suite 2750<br>Denver, CO 80202<br>(303) 572-5300<br>(303) 572-5301 (fax)<br>jason.melichar@wilsonelser.com<br>joe.isert@wilsonelser.com |

| | |
|---|---|
| Sherman Oaks, CA 91402<br>818-788-8300<br>818-788-8104 (fax)<br>dwarshaw@pswlaw.com<br><br>Hassan Zavareei<br>Tycko and Zavareei LLP<br>1828 L Street, NW Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>202-973-0950(fax)<br>Hzavareei@tzlegal.com<br><br>*Attorneys for Plaintiff Feliks Obertman* | William J. Katt<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>740 North Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>414-276-8816<br>414-276-8819 (fax)<br>william.katt@wilsonelser.com<br><br>Patrick Joseph Kearns<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>patrick.kearns@wilsonelser.com<br><br>David Mitchell Ross, Jr.<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>(202) 626-7660<br>(202) 628-3606 (fax)<br>david.ross@wilsonelser.com<br><br>*Counsel for Defendant Frontier Airlines, Inc.* |
| *Johnson v. Frontier Airlines, Inc., No. 1:20-cv-01751 (D. Colo.)* | |
| Shanon J. Carson<br>Berger Montague PC<br>1818 Market Street Suite 3600<br>Philadelphia, PA 19103<br>215-875-3000<br>215-875-4604 (fax)<br>scarson@bm.net<br><br>John G. Albanese<br>Berger Montague PC<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>(612) 594-5997<br>(612) 58404470 (fax)<br>jalbanese@bm.net | Jason D. Melichar<br>R. Joseph Isert<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>1225 17th Street, Suite 2750<br>Denver, CO 80202<br>(303) 572-5300<br>(303) 572-5301 (fax)<br>jason.melichar@wilsonelser.com<br>joe.isert@wilsonelser.com<br><br>William J. Katt<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>740 North Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203 |

| | |
|---|---|
| Adam E. Polk<br>Jordan Elias<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>(415) 981-4846 (fax)<br>apolk@girardsharp.com<br>jelias@girarsharp.com<br><br>*Attorneys for Plaintiff Shirley Johnson* | 414-276-8816<br>414-276-8819 (fax)<br>william.katt@wilsonelser.com<br><br>Patrick Joseph Kearns<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>patrick.kearns@wilsonelser.com<br><br>David Mitchell Ross, Jr.<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>(202) 626-7660<br>(202) 628-3606 (fax)<br>david.ross@wilsonelser.com<br><br>*Counsel for Defendant Frontier Airlines, Inc.* |
| *Levu v. Air Canada, Inc., No. 6:20-cv-00703 (M.D. Fla.)* | |
| Edmund A. Normand<br>Jacob Lawrence Phillips<br>Normand Law PLLC<br>P.O. Box 140036<br>Orlando, FL 32814<br>407-603-6031<br>ed@ednormand.com<br>Jacob.phillips@normandpllc.com<br><br>*Attorneys for Plaintiff Thomas Levu* | Bradford D. Kimbro<br>Charles Wachter<br>Joseph H. Varner, III<br>Holland & Knight, LLP – Tampa<br>100 N. Tampa Street, Suite 4100<br>Tampa, Florida 33602<br>813-227-8500<br>813-229-0134 (fax)<br>charles.wachter@hklaw.com<br>joe.varner@hklaw.com<br>brad.kimbro@hklaw.com<br><br>*Attorneys for Defendant Air Canada, Inc.* |
| *Hill v. Spirit Airlines Inc., No. 0:20-cv-60746 (S.D. Fla.)* | |
| Joshua Robert Levine<br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>1 W. Las Olas Blvd. Suite 500 | Stephanie Gale (Cherlin) Deutsch<br>Frank Weinberg & Black, P.L.<br>1875 NW Corporate Blvd.<br>Suite 100 |

| | |
|---|---|
| Ft. Lauderdale, FL 33301<br>954-525-4100<br>954-525-4300 (fax)<br>levine@kolawyers.com | Boca Raton, FL 33431<br>561-989-0700<br>954-474-9850 (fax)<br>scd@fwblaw.net |
| Jeffrey Miles Ostrow<br>Kopelowitz & Ostrow Firm PA<br>1 W. Las Olas Blvd. Suite 500<br>Ft. Lauderdale, FL 33301<br>954-525-4100<br>954-525-4300 (fax)<br>ostrow@kolawyers.com | Steven Wayne Marcus<br>Marc Alan Silverman<br>Frank, Weinberg & Black, P.L.<br>7805 SW 6th Court<br>Plantation, FL 33324<br>954-474-8000<br>954-474-9850 (fax)<br>smarcus@FWblaw.net<br>msilverman@FWblaw.net |
| Jonathan Marc Streisfeld<br>Kopelowitz Ostrow Ferguson Weiselberg<br>Gilbert<br>1 W. Las Olas Blvd. Suite 500<br>Ft. Lauderdale, FL 33301<br>954-525-4100<br>954-525-4300 (fax)<br>streisfeld@kolawyers.com | *Attorneys for Defendant Spirit Airlines, Inc.* |
| Daniel L. Warshaw<br>Pearson Simon and Warshaw LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>818-788-8300<br>818-788-8194 (fax)<br>Dwarshaw@pswlaw.com | |
| Hassan Zavareei<br>Tycko and Zacareei LLP<br>1828 L Street, NW Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>202-973-0950 (fax)<br>hzavareei@tzlegal.com | |
| *Attorneys for Plaintiff Brandon Hill* | |
| *Boucher v. Spirit Airlines, Inc., No. 0:20-cv-60829 (S.D. Fla.)* | |
| Sarah N. Westcot<br>Bursor & Fisher, P.A.<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>305-330-5512 | Stephanie Gale (Cherlin) Deutsch<br>Frank Weinberg & Black, P.L.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431 |

| | |
|---|---|
| 305-676-9006 (fax)<br>swestcot@bursor.com<br><br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ykrivoshey@bursor.com<br><br>Andrew Joseph Obergfell<br>Max S. Roberts<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, New York 10019<br>646-837-7150<br>212-989-9163 (fax)<br>aobergfell@bursor.com<br>mroberts@bursor.com<br><br>*Attorneys for Plaintiff Lisa Boucher* | 561-989-0700<br>954-474-9850 (fax)<br>scd@fwblaw.net<br><br>Steven Wayne Marcus<br>Marc Alan Silverman<br>Frank, Weinberg & Black, P.L.<br>7805 SW 6th Court<br>Plantation, FL 33324<br>954-474-8000<br>954-474-9850 (fax)<br>smarcus@FWblaw.net<br>msilverman@FWblaw.net<br><br>*Attorneys for Defendant Spirit Airlines, Inc.* |

*Diaz v. Spirit Airlines, Inc., No. 0:20-cv-60933 (S.D. Fl.)*

| | |
|---|---|
| David R. Dubin<br>Nicholas A Coulson<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025(fax)<br>ddubin@ldclassaction.com<br>ncoulson@ldclassaction.com<br><br>Avi Robert Kaufman<br>Kauman P.A.<br>31 Samana Drive<br>Miami, FL 33133<br>305-469-5881<br>kaufman@kaufmanpa.com<br><br>Tina Wolfson<br>Robert Ahdoot<br>Ahdoot & Wolfson, PC<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024 | Stephanie Gale (Cherlin) Deutsch<br>Frank Weinberg & Black, P.L.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431<br>561-989-0700<br>954-474-9850 (fax)<br>scd@fwblaw.net<br><br>Steven Wayne Marcus<br>Marc Alan Silverman<br>Frank, Weinberg & Black, P.L.<br>7805 SW 6th Court<br>Plantation, FL 33324<br>954-474-8000<br>954-474-9850 (fax)<br>smarcus@FWblaw.net<br>msilverman@FWblaw.net<br><br>*Attorneys for Defendant Spirit Airlines, Inc.* |

| | |
|---|---|
| (310) 474-9111<br>(310) 474-8585 (Fax)<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br><br>*Attorneys for Plaintiff Minely Diaz* | |

*Manchur v. Spirit Airlines Inc., No. 0:20-cv-61003 (S.D. Fla.)*

| | |
|---|---|
| Michael A. Borrelli<br>806 Fox Run<br>Middleboro, MA 02346<br>781-983-7983<br>lawyer2@earthlink.net<br><br>*Attorneys for Plaintiff Edward L. Manchur* | Stephanie Gale (Cherlin) Deutsch<br>Frank Weinberg & Black, P.L.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431<br>561-989-0700<br>954-474-9850 (fax)<br>scd@fwblaw.net<br><br>Steven Wayne Marcus<br>Marc Alan Silverman<br>Frank, Weinberg & Black, P.L.<br>7805 SW 6th Court<br>Plantation, FL 33324<br>954-474-8000<br>954-474-9850 (fax)<br>smarcus@FWBlaw.net<br>msilverman@FWBlaw.net<br><br>*Attorneys for Defendant Spirit Airlines, Inc.*<br><br>Alexandra D. Thaler<br>Bello Welsh LLP<br>125 Sumer Street, Suite 1200<br>Boston, MA 02110<br>617-247-4100<br>asthaler@bellowelsh.com (terminated) |

*Daniels v. Delta Air Lines, Inc., No. 1:20-cv-01664 (N.D. Ga.)*

| | |
|---|---|
| Steve W. Bergman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>206-623-7292<br>206-623-0594 (fax) | David L. Balser<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-572-2782<br>404-572-5100 (fax) |

| | |
|---|---|
| Steve@Hbsslaw.com | dbalser@kslaw.com |
| Daniel J. Kurowski<br>Whitney K. Siehl<br>Hagens Berman Sobol Shapiro LLP<br>445 N. Cityfront Plaza Drive<br>Suite 2410<br>Chicago, IL 60611<br>708-628-4949<br>708-628-4950 (fax)<br>dank@hbsslaw.com<br>whitneys@hbsslaw.com | Julia Constance Barrett<br>King & Spalding, LLP – A. Tx<br>Suite 1800<br>500 West 2nd Street<br>Austin, TX 78701<br>404-572-3561<br>jbarrett@kslaw.com<br><br>*Counsel for Defendant Delta Air Lines, Inc.* |
| William Sims Stone<br>James William Stone<br>The Stone Law Group – Trial Lawyers, LLC<br>5229 Roswell Rd., N.E.<br>Atlanta, GA 30342<br>404-239-0305<br>404-445-8003 (fax)<br>billstone@stonelaw.com<br>james@stonelaw.com<br><br>*Attorneys for Plaintiff Elliot Daniels* | |

*Dusko v. Delta Air Line, Inc., No. 1:20-cv-01725 (N.D. Ga.)*

| | |
|---|---|
| Roy E. Barnes<br>James Cameron Tribble<br>The Barnes Law Group LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>770-227-6373 (fax)<br>roy@barneslawgroup.com<br>ctribble@barneslawgroup.com | David L. Balser<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-572-2782<br>404-572-5100 (fax)<br>dbalser@kslaw.com |
| Jonathan Marc Streisfeld<br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>One West Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>954-525-4300 (fax)<br>streisfeld@kolawyers.com | Julia Constance Barrett<br>King & Spalding, LLP<br>Suite 1800<br>500 West 2nd Street<br>Austin, TX 78701<br>404-572-3561<br>jbarrett@kslaw.com<br><br>*Counsel for Defendant Delta Air Lines, Inc.* |

| | |
|---|---|
| Daniel L. Warshaw<br>Pearson Simon and Warshaw LLP<br>15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>818-788-8300<br>818-788-8104 (fax)<br>Dwarshaw@pswlaw.com<br><br>Melissa S. Weiner<br>Pearson Simon and Warshaw LLP<br>800 LaSalle Avenue<br>Suite 2150<br>Minneapolis, MN 55402<br>612-389-0600<br>612-389-0610 (fax)<br>mweiner@pswlaw.com<br><br>Hassan Zavareei<br>Tycko and Zavareei LLP<br>1828 L Street, NW<br>Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>202-973-0950 (fax)<br>hzavareei@tzlegal.com<br><br>*Attorneys for Plaintiff Angela Dusko* | |
| *Polk v. Delta Air Lines, Inc., No. 1:20-cv-02461 (N.D. Ga.)* | |
| Robert Ahdoot<br>Ahdoot & Wolfson, P.C.<br>1016 Palm Avenue<br>West Hollywood, CA 90069<br>310-474-9111<br>310-474-8585 (fax)<br>rahdoot@ahdootwolfson.com<br><br>Nicholas A. Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com | Defendant Delta Airlines, Inc<br>c/o Corporation Service Company<br>40 Technology Pkwy S<br>Suite 300<br>Norcross, GA 30092<br><br>*Served via certified mail* |

| | |
|---|---|
| ddubin@ldclassaction.com<br><br>Andrea S. Hirsh<br>The Hirsch Law Firm<br>230 Peachtree St., Suite 2260<br>Atlanta, GA 30303<br>404-487-6552<br>678-541-9356 (fax)<br>andrea@thehirschlawfirm.com<br><br>*Attorneys for Plaintiff Kevin Polk* | |
| *Alvarez v. Hawaiian Airlines, Inc., No. 1:20-cv-00175 (D. Hawaii)* | |
| Birney B. Bervar<br>Bevar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, HI 96813<br>550-4990<br>bbb@bevar-jones.com<br><br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Bouleveard<br>Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ykrivoshey@bursor.com<br><br>Andrew J. Obergfell<br>Max S. Roberts<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, New York 10019<br>646-837-7150<br>212-989-9163 (fax)<br>aobergfell@bursor.com<br>mroberts@bursor.com<br><br>*Attorneys for Plaintiff Nataly Alvarez* | Paul Alston<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, HI 96813<br><br>*Counsel for Defendant Hawaiian Airlines, Inc.* |
| *Rudolph v. United Airlines Holdings, Inc. et al, No. 1:20-cv-02142 (N.D. Ill.)* | |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000 | Sondra A. Hemeryck<br>Patricia Brown Holmes<br>Lynn Dee Moffa |

| | |
|---|---|
| Seattle, WA 98101<br>206-623-7292<br>206-623-0594 (fax)<br>Steve@hbsslaw.com<br><br>Daniel J. Kurowski<br>Whitney Kendall Siehl<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive<br>Suite 2410<br>Chicago, IL 60611<br>708-628-4960<br>dank@hbsslaw.com<br>WhitneyS@hbsslaw.com<br><br>Nickolas J. Hagman<br>Daniel O. Herrera<br>Cafferty Clobes Meriwether & Sprengel LLP<br>150 S. Wacker Dr.<br>Suite 3000<br>Chicago IL 60606<br>312-782-4880<br>nhagman@caffertyclobes.com<br>dank@caffertyclobes.com<br><br>*Attorneys for Plaintiffs Jacob Rudolph and John Compo* | Riley Safer Holmes & Cancila LLP<br>70 West Madison Street<br>Suite 2900<br>Chicago, IL 60602<br>312-471-8724<br>shemeryck@rshc-law.com<br>pholmes@rshc-law.com<br>lynn@rshc-law.com<br><br>*Attorneys for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.* |

*Levey v. Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V. et al, No. 1:20-cv-02215 (N.D. Ill.)*

| | |
|---|---|
| William M. Sweetnam<br>Sweetnam LLC<br>53 West Jackson Boulevard, Suite 1440<br>Chicago, IL 60604<br>312-757-1888<br>wms@sweetnamllc.com<br><br>*Attorneys for Plaintiff Samantha Levey* | Robert Edwin Tonn<br>Holland & Knight LLC<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>(312) 578-6666 (fax)<br>Robert.tonn@hklaw.com<br><br>*Counsel for Concesionaria Vuela Compania De Aviacion, S.A.P.I. de C.V.*<br><br>Defendant Controladora Vuera Compania De Aviacion, S.A.B., de C.V.<br>Prolongacion Paseodela Reforma, No 490 1er Piso |

| | Colonia Sante Fe, Mexico City<br>Mexico<br><br>*Served via certified mail* |
|---|---|

| *Belanger v. Iberia Lineas Aereas De Espana S.A. Operadora, No. 1:20-cv-03087 (N.D. Ill.)* ||
|---|---|
| Nicholas A. Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br>ddubin@ldclassaction.com<br><br>*Attorneys for Plaintiff Kathy Belanger* | Defendant Iberia Lineas Aereas De Espana<br>Chicago Airport Office<br>Chicago O'Hare International Airport<br>Terminal 3, West Mezzanine Level<br>Chicago, IL 60666<br><br>*Served via certified mail* |

| *Bratcher v. Allegiant Travel Company, No. 2:20-cv-00767 (D. Nev.)* ||
|---|---|
| Don Springmeyer<br>Jordan J. Butler<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin,<br>LLP<br>35565 E. Russell, 2nd FLR.<br>Las Vegas, NV 89120<br>702-341-5200<br>702-341-5300 (fax)<br>dspringmeyer@wrslawyers.com<br>jbutler@wrslawyers.com<br><br>Yeremey Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard<br>Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ykrivoshey@bursor.com<br><br>Andrew Joseph Obergfell<br>Max S. Roberts<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue | Mark E. Ferrario<br>Jacob D. Bundick<br>Michael R. Hogue<br>Greenberg Traurig, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>702-792-3772<br>702-792-9002 (fax)<br>ferrariom@gtlaw.com<br>bundickj@gtlaw.com<br>hoguem@gtlaw.com<br><br>*Attorneys for Defendant Allegiant Travel<br>Company* |

| New York, New York 10019<br>646-837-7150<br>212-989-9163 (fax)<br>aobergfell@bursor.com<br>mroberts@bursor.com<br><br>*Attorneys for Plaintiff Rebecca Bratcher* | |
|---|---|
| *Herr v. Allegiant Air, LLC, No. 2:20-cv-01002 (D. Nev.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br><br>*Attorneys for Plaintiff Deanna Herr* | Jonathan Giroux<br>Greenberg Traurig, P.A.<br>77 W Wacker Dr<br>Ste 3100<br>Chicago, IL 60601<br>312-456-1009<br>girouxj@gtlaw.com<br><br>*Attorney for Defendant Allegiant Air, LLC* |
| *Roman v. Jetblue Airways Corp., No. 1:20-cv-01829 (E.D.N.Y.)* | |
| Jeffrey Miles Ostrow<br>Kopelowitz & Ostrow Firm PA<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>954-525-4300 (fax)<br>ostrow@kolawyers.com<br><br>Laurie Rubinow<br>Sheperd, Finkelman, Miller & Shah LLP<br>875 Third Avenue, Suite 800<br>New York, NY 10022<br>866-540-4100<br>866-300-7367 (fax)<br>lrubinow@sfmslaw.com<br><br>Daniel L. Warshaw<br>Pearson Simon and Warshaw LLP<br>15164 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>818-788-8300 | Kieran M. Corcoran<br>Stinson LLP<br>1325 Avenue of the Americas<br>27th Floor<br>New York, NY 10019<br>212-763-8491<br>212-763-8304 (fax)<br>Kieran.corcoran@stinson.com<br><br>M. Roy Goldberg<br>Stinson LLP<br>1775 Pennsylvania Avenue N.W., Suite 800<br>Washington, D.C. 20006<br>202-785-9100<br>202-785-9163 (fax)<br>roy.goldberg@stinson.com<br><br>*Attorneys for Defendant Jetblue Airways Corp.* |

| | |
|---|---|
| 818-788-8104(fax)<br>dwarshaw@pswlaw.com<br><br>Hassan Zavareei<br>Tycko and Zavareei LLP<br>1828 L Street, NW<br>Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>202-973-0950 (fax)<br>hzavareei@tzlegal.com<br><br>*Attorneys for Plaintiff Josephine Marie Roman* | |
| *Martinez-Sanchez v. Concesionaria Vuela Compania De Aviacion S.A.P.I. De C.V. et al., No. 1:20-cv-01966 (E.D.N.Y.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br><br>*Attorneys for Plaintiff Carlos W. Martinez-Sanchez* | Defendant Concesionaria Vuela Compania De Aviacion S.A.P.I. De C.V.<br>*107-11 Van Wyck Expressway*<br>Terminal 4<br>Jamaica, NY 11430<br><br>Controladora Vuera Compania De Aviacion, S.A.B., De CV d/b/a Volaris<br>107-11 Van Wyck Expressway<br>Terminal 4<br>Jamaica, NY 11430<br><br>*Served via certified mail* |
| *Greaves v. Norwegian Air Shuttle ASA, No. 1:20-cv-02121 (E.D.N.Y.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com | Norwegian Air Shuttle ASA<br>c/o CT Corporation System<br>28 Liberty St.<br>New York, NY 10005<br><br>*Served via certified mail* |

| *Attorneys for Plaintiff Anthony Greaves* | |
|---|---|
| *Dumitrescu v. Compania Panamena De Aviacion, S.A., No. 1:20-cv-02125 (E.D.N.Y.)* | |
| Nicholas A Coulson<br>David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br>ddubin@ldclassaction.com<br><br>*Attorneys for Plaintiff Martha Dumitrescu* | Lina Bensman<br>Clearly Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 1006<br>lbensman@cgsh.com<br><br>*Counsel for Defendant Compania Panamena De Aviacion, S.A.* |
| *Sholopa v. Turkish Airlines, Inc. a/k/a Turk Hava Yollari, No. 1:20-cv-03294 (S.D.N.Y.)* | |
| Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulveard<br>Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ykrivoshey@bursor.com<br><br>Joseph I Marchese<br>Andrew Joseph Obergfell<br>Max S. Roberts<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>646-837-7150<br>212-989-9163 (fax)<br>jmarchese@bursor.com<br>aobergfell@bursor.com<br>mroberts@bursor.com<br><br>*Attorneys for Svetlana Sholopa* | Stephen Mark Dollar<br>Norton Rose Rulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>212-318-3000<br>212-318-3400 (fax)<br>Steve.dollar@nortonrosefulbright.com<br><br>*Attorney for Defendant Turkish Airlines, Inc. a/k/a Turk Hava Yollari* |
| *Milosevic v. Turk Hava Yollari A.O., Inc. et al., No. 1:20-cv-03328 (S.D.N.Y.)* | |
| Nicholas A Coulson | Defendant Turk Hava Yollari A.O., Inc. |

| | |
|---|---|
| David R. Dubin<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ncoulson@ldclassaction.com<br><br>*Attorneys for Milica Milosevic* | 1400 Old Country Road, Suite 304<br>Westbury, NY 11590<br><br>Defendant Turkish Airlines, Inc.<br>c/o Robinson Silverman<br>ATTN: Andrew L. Odell, Esq.<br>1290 Avenue of Americas, 30th Floor<br>New York, NY 10104<br><br>*Served via certified mail* |

*Ide v. British Airways PLC, No. 1:20-cv-03542 (S.D.N.Y.)*

| | |
|---|---|
| John G. Albanese<br>Eleanor Michelle Drake<br>Berger Montague PC<br>43 Main Street, Suite 505<br>Mineapolis, MN 55414<br>612-594-5999<br>612-584-4770 (fax)<br>jalbanese@bm.net<br>emdrake@bm.net<br><br>Shanon J. Carson<br>Berger Montague PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>215-875-3000<br>215-875-4604 (fax)<br>scarson@bm.net<br><br>Adam E. Polk<br>Scott M Grzenczyk<br>Thomas Watts<br>Girard Sharp LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846 (fax)<br>apolk@girardsharp.com<br>scottg@girardsharp.com<br>tomw@girardsharp.com<br><br>*Attorneys for Plaintiff Stephen Ide* | William Jeffrey Diggs<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078<br>973-307-3047<br>973-520-2576 (fax)<br>diggsw@sullcrom.com<br><br>Keara M. Gordon<br>Collen M Gulliver<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>212-335-4632<br>212-884-8632 (fax)<br>keara.gordon@DLApiper.com<br>colleen.carey@dlapiper.com<br><br>*Attorneys for Defendant British Airways PLC* |

*Vozzolo v. Air Canada, No. 7:20-cv-03503 (S.D.N.Y.)*

| | |
|---|---|
| Joseph Nicholas Kravec, Jr.<br>Feinstein Doyle Payne & Kravec, LLC<br>429 Fourth Avenue<br>Law & Finance Building, Suite 1300<br>Pittsburgh, PA 15219<br>412-281-8400<br>412-281-1007 (fax)<br>jkravec@fdpklaw.com<br><br>Antonio Vozzolo<br>Vozzolo LLC<br>345 Route 17 South<br>Upper Saddle River, NJ 07458<br>201-630-8820<br>201-604-8400 (fax)<br>avozzolo@vozzolo.com<br><br>*Attorneys for Plaintiff Emilio L. Vozzolo* | Bradford D. Kimbro<br>Charles Wachter<br>Joseph H. Varner, III<br>Holland & Knight, LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa, Florida 33602<br>813-227-8500<br>813-229-0134 (fax)<br>brad.kimbro@hklaw.com<br>charles.wachter@hklaw.com<br>joe.varner@hklaw.com<br><br>*Attorneys for Defendant Air Canada* |

*Utley et al v. United Airlines Holdings, Inc. et al., No. 1:20-cv-00756 (N.D. Ohio)*

| | |
|---|---|
| Thomas John Connick<br>Connick Law, LLC<br>25550 Chargin Boulevard, Suite 101<br>Beachwood, OH 44122<br>216-364-0512<br>216-609-3446 (fax)<br>tconnick@connicklawllc.com<br><br>*Attorneys for Plaintiffs Pamela M. Utley,*<br>*Andrea Utley, Alexandra C. Schrock, Ivana*<br>*Woolfson, Nicholas Austin, and Timothy*<br>*Rosenberger* | Scott R. Torpey<br>Jaffe, Raitt, Heuer & Weiss<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>248-351-3000<br>248-351-3082 (fax)<br>storpey@jaffelaw.com<br><br>*Attorneys for Defendants United Airlines*<br>*Holdings, Inc. and United Airlines, Inc.* |

*Chandler v. Condor Flugdienst GMBH, No. 3:20-cv-00810 (D. Or.)*

| | |
|---|---|
| Nicholas A. Kahl<br>Nick Kahl LLC<br>209 SW Oak Street, Suite 400<br>Portland, OR 97204<br>971-634-0829<br>503-227-6840 (fax) | Defendant Condor Flugdienst GMBH<br>Condor Platz<br>60549 Frankfurt am Main<br>Germany |

| | |
|---|---|
| nick@nickkahl.com<br><br>David R. Dubin<br>Nicholas A Coulson<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ddubin@ldclassaction.com<br>ncoulson@ldclassaction.com<br><br>*Attorneys for Plaintiff Robert Chandler* | *Served via certified mail* |

*Gimello v. American Airlines Group Inc., No. 2:20-cv-02834 (E.D. Pa.)*

| | |
|---|---|
| David R. Dubin<br>Nicholas A Coulson<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>313-392-0015<br>313-392-0025 (fax)<br>ddubin@ldclassaction.com<br>ncoulson@ldclassaction.com<br><br>Robert Ahdoot<br>Bradley King<br>Ahdoot & Wolfson, PC<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>310-474-9111<br>310-474-8585 (fax)<br>rahdoot@ahdootwolfson.com<br>bking@ahdhootwolfson.com<br><br>Benjamin F. Johns<br>Chimicles Schwartz Kriner & Donaldson-<br>Smith LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500<br>610-649-3633 (fax)<br>BFJ@chimicles.com | American Airlines Group, Inc.<br>c/o CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201<br><br>*Served via certified mail* |

| Attorneys for Plaintiff Paula Gimello. | |
|---|---|
| *Bombin v. Southwest Airlines Co., No. 5:20-cv-01883 (E.D. Pa.)* | |
| Michael P. Ols<br>Shepherd Finkelman Miller & Shah LLP<br>1845 Walnut St. Suite 806<br>Philadelphia, PA 19103<br>610-891-9880<br>mols@sfmslaw.com<br><br>James C. Shah<br>Sheperd Finkelman Miller & Shah LLP<br>475 White House Pike<br>Collingswood, NJ 08107<br>856-858-1770<br>866-300-7367 (fax)<br>jshah@sfmslaw.com<br><br>Melissa S. Weiner<br>Pearson, Simon & Warshaw, LLP<br>800 LaSalle Avenue<br>Suite 2150<br>Minneapolis, MN 55402<br>612-389-0600<br>612-389-0610 (fax)<br>mweiner@pswlaw.com<br><br>Hassan Zavareei<br>Tycko and Zacareei LLP<br>1828 L Street, NW<br>Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>202-973-0950 (fax)<br>hzavareei@tzlegal.com<br><br>*Attorneys for Plaintiff Adrian Bombin* | M. Roy Goldberg<br>Stinson LLP<br>1775 Pennsylvania Avenue N.W., Suite 800<br>Washington, D.C. 20006<br>202-785-9100<br>202-785-9163 (fax)<br>roy.goldberg@stinson.com<br><br>Todd Noteboom<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1894 Email:<br>todd.noteboom@stinson.com<br><br>James T. Moughan<br>Bennett, Bricklin & Saltzburg LLC<br>1500 Market Street<br>Centre Square West Tower, 32nd Floor<br>Philadelphia, PA 19102<br>215-665-3402<br>215-561-6661 (fax)<br>moughan@bbs-law.com<br><br>*Attorneys for Defendant Southwest Airlines Co..* |
| *Ward v. American Airlines, Inc., No. 4:20-cv-00371 (N.D. Tex.)* | |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000 | Dee J. Kelly, Jr<br>Lars L Berg<br>Kelly Hart & Hallman LLP |

Seattle, WA 98101
206-623-7292
206-623-0594 (fax)
steve@hbsslaw.com

Daniel J Kurowski
Whitney K. Siehl
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
708-628-4949
708-628-4950 (fax)
dank@hbsslaw.com
whitneys@hbsslaw.com

E. Adam Webb
G. Franklin Lemond, Jr.
Webb, Klase & Lemond, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
770-444-9325
770-217-9950 (fax)
adam@webbllc.com
franklin@webbllc.com

Allen R. Vaught
Vaught Firm, LLC
1910 Pacific Avenue, Suite 9150
Dallas, TX 75201
(214) 675-8603
(214) 261-5159 (fax)
allen@vaughtfirm.com

*Attorneys for Plaintiff Lee Ward*

201 Main Street, Suite 2500
Fort Worth, TX 76102
817-332-2500
817-878-9280 (fax)
dee.kelly.2@khh.com
lars.berg@kellyhart.com

*Attorneys for Defendant American Airlines, Inc.*