BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: COVID-19 AIRFARE REFUND LITIGATION | MDL No. 2957 |
|---|---|

### Attached List of Actions

| Represented Party | Case Name | Case Number | District |
|---|---|---|---|
| Defendant Frontier Airlines, Inc. | *Young v. Frontier Airlines, Inc.* | 1:20-cv-01153-PAB-KLM | District of Colorado |
| Defendant Frontier Airlines, Inc. | *Sweet v. Frontier Airlines, Inc.* | 1:20-cv-01340-RM-NRN | District of Colorado |
| Defendant Frontier Airlines, Inc. | *Obertman v. Frontier Airlines, Inc.* | 1:20-cv-01689-STV | District of Colorado |
| Defendant Frontier Airlines, Inc. | *Johnson v. Frontier Airlines, Inc.* | 1:20-cv-01751-MEH | District of Colorado |