BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 Airfare Refund Litigation | MDL Docket No. 2957 |

## WITHDRAWAL OF MOTION FOR TRANSFER OF ACTIONS

Movants Deanna Herr, Winifredo Herrera, Macaria Herrera, Jamie Sweet, Stephanie Faust, Anthony Greaves, Minely Diaz, Milica Milosevic, Carlos W. Martinez-Sanchez, Kathy Belanger, Robert Chandler, Martha Dumitrescu, Kevin Polk, and Paula Gimello hereby notify the Panel of the withdrawal of their Motion for Transfer of Actions (ECF No. 1).

At the time of filing, the Schedule of Actions included 38 actions against 21 airlines. More than half of the airlines were named in multiple Actions. Since the Motion for Transfer was filed, the Actions have continued to be transferred to district courts where other actions against the same airline are pending. *See, e.g., Utley et al v. United Airlines Holdings, Inc. et al*, Case No. 1:20-cv-756 (N.D. Ohio) (transferred to the Northern District of Illinois on June 24, 2020). Counsel for the parties have begun to agree to leadership structures and/or joint prosecution arrangements in consolidated or soon-to-be consolidated litigation against airlines including Spirit, Allegiant, and Turkish Airlines. In other cases (such as those against Frontier and Delta) parties have moved to consolidate cases and/or set deadlines to fill leadership positions.

In other words, transfer and consolidation of the Actions is proceeding independently such that much of the relief sought by the Motion for Transfer has been achieved. Given the Motion for Transfer's stated goal of fostering the most expeditious litigation of the Actions, and the fact that a determination by the Panel would not come until after the September 24, 2020 hearing session, Movants have determined that the goal of the motion will be best served by its withdrawal.

2

DATED: July 7, 2020                                         Respectfully submitted,


**LIDDLE & DUBIN, P.C.**

<u>s/ Nicholas A. Coulson</u>
Steven D. Liddle
Nicholas A. Coulson
975 E. Jefferson Avenue
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
<u>sliddle@ldclassaction.com</u>
<u>ncoulson@ldclassaction.com</u>

*One of the Attorneys for Deanna Herr, Winifredo Herrera, Macaria Herrera, Jamie Sweet, Stephanie Faust, Anthony Greaves, Minely Diaz, Milica Milosevic, Carlos W. Martinez-Sanchez, Kathy Belanger, Robert Chandler, Martha Dumitrescu, Kevin Polk, and Paula Gimello*