**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 Airfare Refund Litigation | MDL Docket No. 2957 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Withdrawal of Motion for Transfer were served by Email or First Class Mail on or before July 07, 2020 to the following:

**Unrepresented Parties (Served via First Class Mail)**

**Cathay Pacific Airways Ltd.**
c/o CONRAD LAU
360 POST STREET, SUITE 300
SAN FRANCISCO CA 94108

**Counsel for Parties (Served via Email)**

Andrew J. Obergfell
Bursor & Fisher, P. A.
888 Seventh Avenue, Third Floor
New York, NY 10019
Email: aobergfell@bursor.com
        Attorney for Plaintiff Nataly Alvarez
        DHI Case No: 1:20−cv−00175−RT−NONE
        Attorney for Plaintiff Lisa Boucher
        SDFL Case No: 0:20−cv−60829−RKA
        Attorney for Plaintiff Rebecca Bratcher
        DNV Case No: 2:20−cv−00767−APG−BNW
        Attorney for Plaintiff Svetlana Sholopa
        SDNY Case No: 1:20−cv−03294−ALC
        Attorney for Intervenor/Movant Svetlana Sholopa
        SDNY Case No. 1:20−cv−03328−LJL

Birney B. Bervar
Bervar & Jones

1

1100 Alakea Street, 20th Floor
Honolulu, HI 96813
Email: bbb@bervar−jones.com
       Attorney for Plaintiff Nataly Alvarez
       DHI Case No: 1:20−cv−00175−RT−NONE


Max S. Roberts
Bursor & Fisher, P. A.
888 Seventh Avenue, Third Floor
New York, NY 10019
Email: mroberts@bursor.com
       Attorney for Plaintiff Nataly Alvarez
       DHI Case No: 1:20−cv−00175−RT−NONE
       Attorney for Plaintiff Lisa Boucher
       SDFL Case No: 0:20−cv−60829−RKA
       Attorney for Plaintiff Rebecca Bratcher
       DNV Case No: 2:20−cv−00767−APG−BNW
       Attorney for Plaintiff Svetlana Sholopa
       SDNY Case No: 1:20−cv−03294−ALC
       Attorney for Intervenor/Movant Svetlana Sholopa
       SDNY Case No. 1:20−cv−03328−LJL)
       Attorney for Plaintiff Melissa Young
       DCO Case No: 1:20−cv−01153−PAB−KLM

Yeremey Krivoshey
Bursor & Fisher, P. A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Email: ykrivoshey@bursor.com
       Attorney for Plaintiff Nataly Alvarez
       DHI Case No: 1:20−cv−00175−RT−NONE
       Attorney for Plaintiff Lisa Boucher
       SDFL Case No: 0:20−cv−60829−RKA
       Attorney for Plaintiff Rebecca Bratcher
       DNV Case No: 2:20−cv−00767−APG−BNW
       Attorney for Plaintiff Ashley Bugarin
       NDCA Case No: 5:20−cv−03341−BLF
       Attorney for Plaintiff Carlos A. Jauregui
       CDCA Case No: 2:20−cv−04552−JFW−AGR
       Attorney for Plaintiff Cherish-Daversa-Evdyriadis
       CDCA Case No: 5:20−cv−00767−JGB−SP
       Attorney for Plaintiff Karla Maree
       CDCA Case No: 8:20−cv−00885−MWF−MRW
       Attorney for Plaintiff Svetlana Sholopa
       SDNY Case No: 1:20−cv−03294−ALC

Attorney for Intervenor/Movant Svetlana Sholopa
SDNY Case No. 1:20−cv−03328−LJL)
Attorney for Plaintiff Melissa Young
DCO Case No: 1:20−cv−01153−PAB−KLM

HASSAN A. ZAVAREEI
TYCKO & ZAVAREEI LLP
1828 L STREET NW SUITE 1000
WASHINGTON, DC 20036
Email: hzavareei@tzlegal.com
      Attorney for Plaintiff Adrian Bombin
      EDPA Case No: 5:20−cv−01883−JMG
      Attorney for Plaintiff Angela Dusko
      NDGA Case No: 1:20−cv−01725−ELR
      Attorney for Plaintiff Brandon Hill
      SDFL Case No: 0:20−cv−60746−AHS
      Attorney for Plaintiff Feliks Obertman
      DCO Case No: 1:20-cv-1689
      Attorney for Plaintiff Josephine Marie Roman
      EDNY Case No: 1:20-cv-01829-MKB-RER

MELISSA S. WEINER
HALUNEN LAW
80 SOUTH EIGHTH ST
1650 IDS CENTER
MINNEAPOLIS, MN 55402
Email: mweiner@pswlaw.com
      Attorney for Plaintiff Adrian Bombin
      EDPA Case No: 5:20−cv−01883−JMG
      Attorney for Plaintiff Angela Dusko
      NDGA Case No: 1:20−cv−01725−ELR
      Attorney for Plaintiff Josephine Marie Roman
      EDNY Case No: 1:20-cv-01829

MICHAEL P. OLS
SHEPHERD FINKELMAN MILLER &
SHAH LLP
1845 WALNUT ST SUITE 806
PHILADELPHIA, PA 19103
Email: mols@sfmslaw.com
      Attorney for Plaintiff Adrian Bombin
      EDPA Case No: 5:20−cv−01883−JMG

JAMES C. SHAH
SHEPHERD FINKELMAN MILLER &
SHAH LLC

1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Email: jshah@sfmslaw.com
     EDPA Attorney for Plaintiff Adrian Bombin
     EDPA Case No: 5:20−cv−01883−JMG

JAMES T. MOUGHAN
BENNETT, BRICKLIN & SALTZBURG
LLC
1500 MARKET STREET
CENTRE SQUARE WEST TOWER, 32ND FLOOR
PHILADELPHIA, PA 19102
Email: moughan@bbs−law.com
     Attorney for Defendant Southwest Airlines Co
     EDPA Case No: 5:20−cv−01883−JMG

M. ROY GOLDBERG
STINSON LLP
1775 PENNSYLVANIA AVE NW SUITE 800
WASHINGTON, DC 20006
Email: roy.goldberg@stinson.com
     Attorney for Defendant Southwest Airlines Co
     EDPA Case No: 5:20−cv−01883−JMG
     Attorney for Defendant Jetblue Airways Corp.
     EDNY Case No: 1:20-cv-01829-MKB-RER

TODD A. NOTEBOOM
STINSON LEONARD STREET LLP
150 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS, MN 55402
Email: todd.noteboom@stinson.com
     Attorney for Defendant Southwest Airlines Co
     EDPA Case No: 5:20−cv−01883−JMG

Scott A Bursor
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Email: scott@bursor.com
     Attorney for Plaintiff Lisa Boucher
     SDFL Case No: 0:20−cv−60829−RKA

Sarah Nicole Westcot
3610 New Heritage Drive
Alpharetta, GA 30022
Email: swestcot@bursor.com

        Attorney for Plaintiff Lisa Boucher
        SDFL Case No: 0:20−cv−60829−RKA

Marc Alan Silverman
Frank Weinberg & Black
7805 SW 6th Court
Plantation, FL 33324
Email: msilverman@fwblaw.net
        Attorney for Defendant Spirit Airlines, Inc.
        SDFL Case No: 0:20−cv−60829−RKA
        SDFL Case No: 0:20−cv−60933−RKA
        SDFL Case No: 0:20−cv−60746−AHS
        SDFL Case No: 0:20−cv−61003−RAR

Steven Wayne Marcus
Frank, Weinberg & Black, P.L.
7805 SW 6th Court
33324
Plantation, FL 33324
Email: smarcus@fwblaw.net
        Attorney for Defendant Spirit Airlines, Inc.
        SDFL Case No: 0:20−cv−60829−RKA
        SDFL Case No: 0:20−cv−60933−RKA
        SDFL Case No: 0:20−cv−60746−AHS
        SDFL Case No: 0:20−cv−61003−RAR

Stephanie Gale (Cherlin) Deutsch
Frank Weinberg & Black, PL
1875 NW Corporate Blvd.
Ste 100
Boca Raton, FL 33431
Email: scd@fwblaw.net
        Attorney for Defendant Spirit Airlines, Inc.
        SDFL Case No: 0:20−cv−60829−RKA
        SDFL Case No: 0:20−cv−60933−RKA
        SDFL Case No: 0:20−cv−60746−AHS
        SDFL Case No: 0:20−cv−61003−RAR

Don Springmeyer
Wolf, Rifkin, Shapiro, Schulman and Rabkin, LLP
3556 E Russell Rd Second Floor
Las Vegas, NV 89120−2234
Email: dspringmeyer@wrslawyers.com
        Attorney for Plaintiff Rebecca Bratcher
        DNV Case No: 2:20−cv−00767−APG−BNW
        Attorney for Plaintiff Deanna Herr

DNV Case No: 2:20−cv−01002−RFB−NJK

Jordan J Butler
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
3556 E. RUSSELL, 2ND FLR
Las Vegas, NV 89120−2234
Email: jbutler@wrslawyers.com
  Attorney for Plaintiff Rebecca Bratcher
  DNV Case No: 2:20−cv−00767−APG−BNW

Jacob D Bundick
Greenberg Traurig, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, NV 89135
Email: bundickj@gtlaw.com
  Attorney for Defendant Allegiant Travel Company
  DNV Case No: 2:20−cv−00767−APG−BNW

Scott David Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Ste 850
Los Angeles, CA 90067
Email: scunningham@condonlaw.com
  Attorney for Defendant All Nippon Airways Co., Ltd.
  NDCA Case No: 5:20−cv−03341−BLF

Lawrence Timothy Fisher
Bursor and Fisher PA
1990 North California Boulevard Suite 940
Walnut Creek, CA 94596
Email: ltfisher@bursor.com
  Attorney for Plaintiff Carlos A. Jauregui
  CDCA Case No: 2:20−cv−04552−JFW−AGR
  Attorney for Plaintiff Cherish-Daversa-Evdyriadis
  CDCA Case No: 5:20−cv−00767−JGB−SP
  Attorney for Plaintiff Karla Maree
  CDCA Case No: 8:20−cv−00885−MWF−MRW

Jeffrey L Richardson
Mitchell Silberberg and Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Email: j1r@msk.com
  Attorney for Defendant China Eastern Airlines Corporation Limited
  CDCA Case No: 2:20−cv−04552−JFW−AGR

Andrew D Stolper
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855
Irvine, CA 92612
Email: astolper@lawfss.com
      Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
      CDCA Case No: 2:20−cv−04261−MWF−MRW

Jason M Frank
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855
Irvine, CA 92612
Email: jfrank@lawfss.com
      Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
      CDCA Case No: 2:20−cv−04261−MWF−MRW

Linda Gach Ray
Owens and Gach Ray
269 South Beverly Drive No 1074
Beverly Hills, CA 90212
Email: lgachray@ogrlaw.com
      Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
      CDCA Case No: 2:20−cv−04261−MWF−MRW

Robert B Owens
Owens and Gach Ray
269 South Beverly Drive No 1074
Beverly Hills, CA 90212
Email: rowens@ogrlaw.com
      Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
      CDCA Case No: 2:20−cv−04261−MWF−MRW

Scott Howard Sims
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855
Irvine, CA 92612
Email: ssims@lawfss.com
      Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
      CDCA Case No: 2:20−cv−04261−MWF−MRW

Christopher M Young
DLA Piper US LLP
401 B Street Suite 1700
San Diego, CA 92101−4297
Email: christopher.young@dlapiper.com

Attorney for Defendant Deutsche Lufthansa AG
CDCA Case No: 2:20−cv−04261−MWF−MRW
CDCA Case No: 8:20−cv−00885−MWF−MRW


Chelsea N Mutual
DLA Piper US LLP
401 B Street Suite 1700
San Diego, CA 92101
Email: chelsea.mutual@dlapiper.com
     Attorney for Defendant Deutsche Lufthansa AG
     CDCA Case No: 2:20−cv−04261−MWF−MRW
     CDCA Case No: 8:20−cv−00885−MWF−MRW

Nicholas A. Kahl
Nick Kahl, LLC
209 SW Oak Street Suite 400
Portland, OR 97204
Email: nick@nickkahl.com
     Attorney for Plaintiff Robert Chandler
     DOR Case No: 3:20−cv−00810−AC

Jacob Robert Sorensen
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
Email: jake.sorensen@pillsburylaw.com
     Attorney for Defendant Norwegian Air Shuttle ASA
     CDCA Case No: 5:20−cv−00767−JGB−SP

Rebecca Anne Friedemann
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
Email: rebecca.friedemann@pillsburylaw.com
     Attorney for Defendant Norwegian Air Shuttle ASA
     CDCA Case No: 5:20−cv−00767−JGB−SP

John M Grenfell
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center 22nd Floor
San Francisco, CA 94111
john.grenfell@pillsburylaw.com
     Attorney for Defendant Norwegian Air Shuttle ASA
     CDCA Case No: 5:20−cv−00767−JGB−SP

Michael Paul Acain
McKay de Lorimier and Acain
3250 Wilshire Boulevard Suite 603
Los Angeles, CA 90010
Email: macain@mbglaw.com
     Attorney for Defendant Kiwi.com, Inc.
     CDCA Case No: 5:20−cv−00767−JGB−SP

Juan M Chaves Pernett
Juan M Chaves Pernett Esq
15738 Scrimshaw Drive
Tampa, FL 33624−1500
Email: juan.chaves@holubova.cz
     Attorney for Defendant Kiwi.com, Inc.
     CDCA Case No: 5:20−cv−00767−JGB−SP

Paul Anthony de Lorimier
McKay de Lorimier and Acain
3250 Wilshire Boulevard Suite 603
Los Angeles, CA 90010
Email: pdelorimier@mbglaw.com
     Attorney for Defendant Kiwi.com, Inc.
     CDCA Case No: 5:20−cv−00767−JGB−SP

Nickolas J. Hagman
Cafferty Clobes Meriwether & Sprengel LLP
150 S. Wacker Dr.
Suite 3000
Chicago, IL 60606
Email: nhagman@caffertyclobes.com
     Attorney for Plaintiff John Compo
     NDIL Case No: 1:20−cv−02166
     Attorney for Movant John Compo
     NDIL Case No: 1:20-cv-2142

Daniel O. Herrera
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive
Suite 3000
Chicago, IL 60606
Email: dherrera@caffertyclobes.com
     Attorney for Plaintiff John Compo
     NDIL Case No: 1:20−cv−02166
     Attorney for Movant John Compo
     NDIL Case No: 1:20-cv-2142

Daniel J. Kurowski
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive Suite 2410
Chicago, IL 60611
Email: dank@hbsslaw.com
      Attorney for Plaintiff Elliot Daniels
      NDGA Case No: 1:20−cv−01664−ELR
      Attorney for Plaintiff Jacob Rudolph
      NDIL Case No: 1:20−cv−02142
      Attorney for Plaintiff Lee Ward
      NDTX Case No: 4:20−cv−00371−O

James William Stone
The Stone Law Group − Trial Lawyers, LLC
P.O. Drawer 70
5229 Roswell Rd., N.E.
Blakely, GA 39823
Email: james@stonelaw.com
      Attorney for Plaintiff Elliot Daniels
      NDGA Case No: 1:20−cv−01664−ELR

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP −WA Suite 3300
1918 8th Avenue
Seattle, WA 98101
Email: steve@hbsslaw.com
      Attorney for Plaintiff Elliot Daniels
      NDGA Case No: 1:20−cv−01664−ELR
      Attorney for Plaintiff Jacob Rudolph
      NDIL Case No: 1:20−cv−02142
      Attorney for Plaintiff Lee Ward
      NDTX Case No: 4:20−cv−00371−O

Whitney K. Siehl
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive Suite 2410
Chicago, IL 60611
Email: whitneys@hbsslaw.com
      Attorney for Plaintiff Elliot Daniels
      NDGA Case No: 1:20−cv−01664−ELR
      Attorney for Plaintiff Jacob Rudolph
      NDIL Case No: 1:20−cv−02142
      Attorney for Plaintiff Lee Ward
      NDTX Case No: 4:20−cv−00371−O

William Sims Stone
The Stone Law Group − Trial Lawyers, LLC
5229 Roswell Road, N.E.
Atlanta, GA 30342
Email: billstone@stonelaw.com
      Attorney for Plaintiff Elliot Daniels
      NDGA Case No: 1:20−cv−01664−ELR

David Lewis Balser
King & Spalding, LLP−ATL 40 40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
Email: dbalser@kslaw.com
      Attorney for Defendant Delta Air Lines, Inc.
      NDGA Case No: 1:20−cv−01664−ELR
      NDGA Case No: 1:20−cv−01725−ELR

Julia Constance Barrett
King & Spalding, LLP −A. TX Suite 1800
500 West 2nd Street
Austin, TX 78701
Email: jbarrett@kslaw.com
      Attorney for Defendant Delta Air Lines, Inc.
      NDGA Case No: 1:20−cv−01664−ELR
      NDGA Case No: 1:20−cv−01725−ELR

Avi Robert Kaufman
Kaufman P.A.
31 Samana Drive
Miami, FL 33133
Email: kaufman@kaufmanpa.com
      Attorney for Plaintiff Minely Diaz
      SDFL Case No: 0:20−cv−60933−RKA

Daniel Warshaw
Pearson Simon & Warshaw, LLP Suite 400
15165 Ventura Boulevard
Sherman Oaks, CA 91403
Email: dwarshaw@pswlaw.com
      Attorney for Plaintiff Angela Dusko
      NDGA Case No: 1:20−cv−01725−ELR
      Attorney for Plaintiff Brandon Hill
      SDFL Case No: 0:20−cv−60746−AHS
      Attorney for Plaintiff Feliks Obertman
      DCO Case No.: 1:20-cv-1689

Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

James Cameron Tribble
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Email: ctribble@barneslawgroup.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

Jeffrey Miles Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
Suite 500 1 West Las Olas Blvd.
Coral Gables, FL 33301
Email: ostrow@kolawyers.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−AHS
Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

Roy E. Barnes
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Email: Roy@barneslawgroup.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

V. Chai Oliver Prentice
Tycko & Zavareei, LLP −CA
Suite 1000 1970 Broadway
Oakland, CA 94612
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

Jonathan Marc Streisfeld
Kopelowitz Ostrow
One West Las Olas Boulevard Suite 500
Fort Lauderdale, FL 33301
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−AHS

BENJAMIN F. JOHNS
Chimicles Schwartz Kriner &
Donaldson−Smith LLP
361 W. LANCASTER AVE
HAVERFORD, PA 19041
Email: bfj@chimicles.com
  Attorney for Plaintiff PAULA GIMELLO
  EDPA Case No: 2:20−cv−02834−AB

Jonathan Giroux
Greenberg Traurig, P.A
77 W Wacker Dr
Ste 3100
Chicago, IL 60601
  Attorney for Defendant Allegiant Air, LLC
  DNV Case No: 2:20−cv−01002−RFB−NJK

Tina Wolfson
Ahdoot & Wolfson, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024
Email: twolfson@ahdootwolfson.com
  Attorney for Plaintiffs Winifredo Herrera and Macaria Herrera
  NDCA Case No: 3:20−cv−03019−JCS
  Attorney for Plaintiffs Jamie Sweet and Stephanie Faust
  DCO Case No: 1:20−cv−01340−RM−NRN

Joshua Robert Levine
Kopelowitz Ostrow Ferguson WeiselbergGilbert
1 W. Las Olas Blvd. Suite 500
Ft. Lauderdale, FL 33301
Email: levine@kolawyers.com
  Attorney for Plaintiff Brandon Hill
  SDFL Case No: 0:20−cv−60746−AHS

Adam E Polk
Girard Gibbs LLP
601 Calfornia Street 14th Floor
San Francisco, CA 94108
Email: apolk@girardsharp.com
  Attorney for Plaintiff Stephen Ide
  SDNY Case No: 1:20−cv−03542−JMF

John G. Albanese
Berger & Montague, PC

43 SE Main Street, Suite 505
Minneapolis, MN 55414
Email: jalbanese@bm.net
      Attorney for Plaintiff Stephen Ide
      SDNY Case No: 1:20−cv−03542−JMF

Scott M Grzenczyk
Girard Sharp LLP
601 California Street, Suite 1400
Suite 1400
San Francisco, CA 94108
Email: scottg@girardsharp.com
      Attorney for Plaintiff Stephen Ide
      SDNY Case No: 1:20−cv−03542−JMF

Shanon Jude Carson
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Email: scarson@bm.net
      Attorney for Plaintiff Stephen Ide
      SDNY Case No: 1:20−cv−03542−JMF
      Attorney for Plaintiff Shirley Johnson
      DCO Case No: 1:20−cv−01751−MEH

Thomas Watts
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108
Email: tomw@girardsharp.com
      Attorney for Plaintiff Stephen Ide
      SDNY Case No: 1:20−cv−03542−JMF

Eleanor Michelle Drake
Berger & Montague P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Email: emdrake@bm.net
      Attorney for Plaintiff Stephen Ide
      SDNY Case No: 1:20−cv−03542−JMF

Colleen M Gulliver
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

Email: colleen.carey@dlapiper.com
      Attorney for Defendant British Airways PLC
      SDNY Case No: 1:20−cv−03542−JMF

Keara M. Gordon
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Email: keara.gordon@dlapiper.com
      Attorney for Defendant British Airways PLC
      SDNY Case No: 1:20−cv−03542−JMF

William Jeffrey Diggs
DLA Piper LLP (US)
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078−2704
Email: diggsw@sullcrom.com
      Attorney for Defendant British Airways PLC
      SDNY Case No: 1:20−cv−03542−JMF

Jeffrey P Brundage
Eckert Seamsn
1717 Pennsylvania Ave NW Suite 1200
Washington, DC 20006
Email: jbrundage@eckertseamans.com
      Attorney for Defendant China Eastern Airlines Corporation Limited
      CDCA Case No: 2:20-cv-04552-JFW-AGR

William M Sweetnam
Keogh Law, Ltd.
55 West Monroe Street
Suite 3390
Chicago, IL 60603
Email: wsweetnam@keoghlaw.com
      Attorney for Plaintiff Samantha Levey
      NDIL Case No: 1:20−cv−02215

Edmund A. Normand
Normand Law PLLC
P.O. Box 140036
Orlando, FL 32814
Email: ed@ednormand.com
      Attorney for Plaintiff Thomas Levu
      MDFL Case No: 6:20−cv−00703−WWB−LRH

Jacob Lawrence Phillips
Normand Law PLLC
P.O. Box 140036
Orlando, FL 32814
Email: jacob.phillips@normandpllc.com
   Attorney for Plaintiff Thomas Levu
   MDFL Case No: 6:20−cv−00703

Bradford D. Kimbro
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100
Tampa, FL 33602
Email: brad.kimbro@hklaw.com
   Attorney for Defendant Air Canada, Inc.
   MDFL Case No: 6:20−cv−00703−WWB−LRH

Charles Wachter
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100
Tampa, FL 33602
Email: charles.wachter@hklaw.com
   Attorney for Defendant Air Canada, Inc.
   MDFL Case No: 6:20−cv−00703−WWB−LRH
   SDNY Case No: 7:20-cv-03503

Joseph H. Varner , III
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100
Tampa, FL 33602
Email: joe.varner@hklaw.com
   Attorney for Defendant Air Canada, Inc.
   MDFL Case No: 6:20−cv−00703−WWB−LRH

Michael A. Borrelli
Borreli, Colleran & Williams, PA
376 Trapelo Road
Belmont, MA 02478
   Attorney for Plaintiff Edward L Manchur
   SDFL Case No: 0:20−cv−61003−RAR

Alexandra D. Thaler
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
Email: adthaler@bellowelsh.com
   Attorney for Plaintiff Edward L Manchur

16

SDFL Case No: 0:20−cv−61003−RAR

Annick Marie Persinger
Tycko & Zavareei
1970 Broadway
Suite 1070
Oakland, CA 94612
Email: apersinger@tzlegal.com
      **Attorney for Plaintiff Feliks Obertman**
      DCO Case No.: 1:20-cv-1689

David Ross , PHV
Wilson Elser Moskowitz Edelman &
Dicker, LLP
1500 K St NW
Suite 330
Washington D.C., DC 20005
Email: david.ross@wilsonelser.com
      **Attorney for Defendant Frontier Airlines Inc.**
      DCO Case No: 1:20-cv-1689
      DCO Case No: 1:20−cv−01153−PAB−KLM
      DCO Case No. 1:20-cv-01751

Patrick Joseph Kearns
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
401 West A Street
Suite 1900
San Diego, CA 92101
Email: patrick.kearns@wilsonelser.com
      **Attorney for Defendant Frontier Airlines Inc.**
      DCO Case No: 1:20-cv-1689
      DCO Case No: 1:20−cv−01153−PAB−KLM
      DCO Case No: 1:20-cv-01751
      DCO Case No: 1:20-cv-01340

William J. Katt , PHV
Wilson Elser Moskowitz Edelman &
Dicker, LLP
740 N. Plankinton Ave.
Suite 600
Milwaukee, WI 53203
Email: william.katt@wilsonelser.com
      **Attorney for Defendant Frontier Airlines Inc.**
      DCO Case No: 1:20-cv-1689

DCO Case No: 1:20−cv−01153−PAB−KLM
DCO Case No. 1:20-cv-01751

Andrea Solomon Hirsch
The Hirsch Law Firm
230 Peachtree Street
Suite 2260
Atlanta, GA 30303
Email: andrea@thehirschlawfirm.com
      Attorney for Plaintiff Kevin Polk
      NDGA Case No: 1:20−cv−02461−ELR

Robert R. Ahdoot
Ahdoot and Wolfson, APC
1016 Palm Avenue
West Hollywood, CA 90069
Email: rahdoot@ahdootwolfson.com
      Attorney for Plaintiff Kevin Polk
      NDGA Case No: 1:20−cv−02461−ELR

Raj N. Shah
DLA PIPER US LLP
444 West Lake Street
Suite 900
Chicago, IL 60606
Email: raj.shah@dlapiper.com
      Attorney for Defendant Iberia Lineas Aereas De Espana S.A. Operadora
      ILN Case No: 1:20-cv-03087

Laurie Rubinow
Shepherd, Finkelman, Miller & Shah LLP
875 Third Avenue, Suite 800
New York, NY 10022
Email: lrubinow@sfmslaw.com
      Attorney for Plaintiff Josephine Marie Roman
      EDNY Case No: 1:20-cv-01829-MKB-RER

Kieran M. Corcoran
Stinson LLP
1325 Avenue of the Americas
27th Floor
New York, NY 10019
Email: kieran.corcoran@stinson.com
      Attorney for Defendant Jetblue Airways Corp.
      EDNY Case No: 1:20-cv-01829-MKB-RER

Patricia Brown Holmes
Riley Safer Holmes & Cancila LLP
70 West Madison St
Suite 2900
Chicago, IL 60602
Email: pholmes@rshc−law.com
      Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
      NDIL Case No: 1:20−cv−02142

Sondra A. Hemeryck
Riley Safer Holmes & Cancila LLP
70 West Madison Street
Suite 2900
Chicago, IL 60602
Email: shemeryck@rshc−law.com
      Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
      NDIL Case No: 1:20−cv−02142

Lynn Dee Moffa
Riley Safer Holmes Cancila
70 West Madison Street
Suite 2900
Chicago, IL 60602
Email: lynn@mazzallc.com
      Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
      NDIL Case No: 1:20−cv−02142

Joseph G. Sauder
Sauder Schelkopf, LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Email: jgs@sstriallawyers.com
      Attorney for Plaintiff John Compo
      ILN Case No: 1:20-cv-02166

James E. Brandt
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Email: james.brandt@lw.com
      Attorney for Defendant American Airlines Group, Inc.
      EDPA Case No: 2:20-cv-02834
      NDTX Case No: 4:20-cv-00371

Joseph Ignatius Marchese
Bursor & Fisher, P.A.

888 Seventh Ave.,
New York, NY 10019
Email: jmarchese@bursor.com
      Attorney for Plaintiff Svetlana Sholopa
      SDNY Case No: 1:20−cv−03294−ALC
      Attorney for Intervenor/Movant Svetlana Sholopa
      SDNY Case No. 1:20−cv−03328−LJL)

Stephen Mark Dollar
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Email: steve.dollar@nortonrosefulbright.com
      Attorney for Defendants Turkish Airlines, Inc. and Turkish Airlines, Inc. a/k/a Turk Hava
      Yollari A.O, Inc.
      SDNY Case No: 1:20−cv−03294−ALC
      SDNY Case No: 1:20-cv-03328

Jason D. Melichar
Wilson Elser Moskowitz Edelman &
Dicker LLP−Denver
1225 17th Street
Suite 2750
Denver, CO 80202
Email: jason.melichar@wilsonelser.com
      Attorney for Defendant Frontier Airlines
      DCO Case No: 1:20−cv−01340−RM−NRN
      DCO Case No: 1:20−cv−01153−PAB−KLM

Thomas J. Connick
Connick Law
Ste. 101
25550 Chagrin Blvd.
Beachwood, OH 44122
Email: tconnick@connicklawllc.com
      Attorney for Plaintiffs  Pamela M. Utley, Andrea Utley, Alexandra C. Schrock, Ivana
Woolfson,
      Nicholas Austin, Timothy Rosenberger, and Aaron Woolfson
      NDOH Case No: 1:20−cv−00756−SO

Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
Ste. 2500
27777 Franklin Road
Southfield, MI 48034
Email: storpey@jaffelaw.com

Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
NDOH Case No: 1:20−cv−00756−SO

Antonio Vozzolo
Vozzolo LLC
345 Route 17 South
Upper Saddle River, NJ 07458
Email: avozzolo@vozzolo.com
      Attorney for Plaintiff Emilio L. Vozzolo
      SDNY Case No: 7:20−cv−03503−PMH

Joseph Nicholas Kravec
Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue, Law & Finance
Building, Suite 1300
Pittsburgh, PA 15219
Email: jkravec@fdpklaw.com
      Attorney for Plaintiff Emilio L. Vozzolo
      SDNY Case No: 7:20−cv−03503−PMH

Allen Ryan Vaught
Nilges Draher Vaught PLLC
1910 Pacific Ave.
Suite 9150
Dallas, TX 75201
Email: allen@vaughtfirm.com
      Attorney for Plaintiff Lee Ward
      NDTX Case No: 4:20−cv−00371−O

E Adam Webb
Webb, Klase & Lemond, LLC
1900 The Exchange SE
Suite 480
Atlanta, GA 30339
Email: adam@webbllc.com
      Attorney for Plaintiff Lee Ward
      NDTX Case No: 4:20−cv−00371−O

Dee J Kelly , Jr
Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102−3194
Email: dee.kelly.2@khh.com
      Attorney for Defendant American Airlines, Inc.
      TDTX Case No: 4:20−cv−00371−O

Lars L Berg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102−3194
Email: lars.berg@kellyhart.com
       Attorney for Defendant American Airlines, Inc.
       NDTX Case No: 4:20−cv−00371−O

Scott Adam Kamber
KamberLaw, LLC
201 Milwaukee Street
Suite 200
Denver, CO 80206
Email: skamber@kamberlaw.com
       Attorney for Plaintiff Melissa Young
       DCO Case No: 1:20−cv−01153−PAB−KLM

Michael James Aschenbrener
Kamber Law
201 Milwaukee Street
Suite 200
Denver, CO 80206
Email: masch@kamberlaw.com
       Attorney for Plaintiff Melissa Young
       DCO Case No: 1:20−cv−01153−PAB−KLM

Paul D. Alston
Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI 96813
Email: paul.alston@dentons.com
       Attorney for Defendant Hawaiian Airlines, Inc.
       DHI Case No: 1:20-cv-00175

Lina Bensman
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Email: lbensman@cgsh.com
       Attorney for Compania Panamena de Aviacion
       EDNY Case No.: 1:20-cv-2125

Judith Riccardi Nemsick
HOLLAND & KNIGHT LLP
31 West 52nd Street

New York, NY 10019
Email: judy.nemsick@hklaw.com
     Attorney for Defendant Condor Flugdienst GMBH
     DOR Case No: 3:20-cv-00810

Carmine D. Boccuzzi, Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Email: cboccuzzi@cgsh.com
     Attorney for Defendant Compania Panamena De Aviacion, S.A.
     EDNY Case No: 1:20-cv-02125

Robert Tonn
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza
Suite 2700
Chicago, IL 60606
Email: robert.tonn@hklaw.com
     Attorney for Defendants Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V.
and Controladora
     Vuela Compania de Aviacion, S.A.B. de C.V.
     NDIL Case No: 1:20-cv-02215
     EDNY Case No: 1:20-cv-01966

Robert James Herrington
Greenberg Traurig - CA
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Email: herringtonr@gtlaw.com
     Attorney for Defendants Allegiant Air, LLC and Allegiant Travel Company
     DNV Case No: 2:20-cv-00767
     DNV Case No: 2:20-cv-01002

Benedict Ehigie Idemundia
Clyde & Co
355 S. Grand Avenue, Suite 1400
Los Angeles, CA, 90071
Email: benedict.idemundia@clydeco.us
     Attorney for Defendant Cathay Pacific Airways Ltd.
     NDCA Case No: 3:20-cv-03019

DATED:  July 07, 2020                                Respectfully submitted,

**LIDDLE & DUBIN, P.C.**

s/ Nicholas A. Coulson
Steven D. Liddle
Nicholas A. CGAoulson
975 E. Jefferson Avenue
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
sliddle@ldclassaction.com
ncoulson@ldclassaction.com

*One of the Attorneys for Deanna
Herr, Winifredo Herrera, Macaria
Herrera, Jamie Sweet, Stephanie
Faust, Anthony Greaves, Minely
Diaz, Milica Milosevic, Carlos W.
Martinez-Sanchez, Kathy Belanger,
Robert Chandler, Martha
Dumitrescu, Kevin Polk, and Paula
Gimello*